# IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| ALLEN W. KERR, Commissioner for the State of Arkansas, in his capacity as receiver for Cosmopolitan Life Insurance Company <br><br> PLAINTIFF <br><br> V. <br><br> GOTHAM INSURANCE, CO. and MUTUAL MARINE OFFICE, INC. <br> DEFENDANTS | CASE NO. 4:18CV00423 SWW |

## ORDER

Pursuant to the parties' stipulation of dismissal [ECF No. 10], this action is DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs and fees.

IT IS SO ORDERED THIS 6TH DAY OF SEPTEMBER, 2018.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE