# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | | |
|---|---|---|
| ALLEN W. KERR, INSURANCE | * | |
| COMMISSIONER | * | |
| FOR THE STATE OF ARKANSAS, | * | |
| IN HIS CAPACITY | * | |
| AS RECEIVER FOR | * | CASE NO.  4:18CV00423 SWW |
| COSMOPOLITAN LIFE | * | |
| INSURANCE | * | |
| COMPANY | * | |
| PLAINTIFF | * | |
| | * | |
| V. | * | |
| | * | |
| GOTHAM INSURANCE | * | |
| COMPANY | * | |
| DEFENDANT | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this action is DISMISSED WITH

PREJUDICE.

IT IS SO ORDERED THIS 17TH DAY OF OCTOBER,  2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE